UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DESMOND ROY DEMONTEGNAC and
SOPHIA ELAINE DEMONTEGNAC,

          Appellants,

- against -

DITECH HOLDING CORPORATION,

          Debtor-Appellee.

**ORDER**

20 Civ. 6276 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The Court is in receipt of pro se Appellants' designation of the record on appeal, statement of issues, and opening brief. (See Dkt. No. 3) The following briefing schedule will apply to Appellants' appeal of the Bankruptcy Court's July 9, 2020 order:

1. Debtor-Appellee will file its responsive brief by **December 17, 2021**; and

2. Appellants will file their reply, if any, by **January 7, 2022**.

    In addition, pursuant to Fed. R. Bk. P. 8018(b)(2), Debtor-Appellee is directed to file with its brief an appendix that contains material required to be included by Appellants under Fed. R. Bk. P. 8018(b)(1) or relevant to the appeal, but omitted from Appellants' designation of the record on appeal.

    The Clerk of Court is respectfully directed to mail a copy of this order to Appellants.

Dated: New York, New York
       November 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge